| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial) Rovner, Ilana D | 2. Court or Organization 7th Circuit Court of Appeals | 3. Date of Report 5/15/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge (Active) | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address United States Court of Appeals 219 S. Dearborn St. Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Member, Board of Trustees | ▮▮▮▮▮▮▮▮▮▮ |
| 2. | Member, Board of Overseers | ▮▮▮▮▮▮▮▮▮▮ |
| 3. | Member, Board of Directors | ▮▮▮▮▮▮▮▮▮▮ |
| 4. | Trustee | Trust |
| 5. | Guardian (pro bono) | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE    (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| | | | (yours, not spouse's) |
| 1. | | | |
| 2. | | | |
| 3. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE    - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ - Salary |
| 2. | 2003 | ▓▓▓▓▓▓▓▓▓ - Salary and Fees |
| 3. | 2003 | ▓▓▓▓▓▓▓▓▓▓▓ - Fees |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE    - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rovner, Ilana D | 5/15/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. ▓▓▓▓▓▓▓ | Partial Honorary Membership | $1,716 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE REPORT
Page 1 of 19

Name of Person Reporting
Rovner, Ilana D

Date of Report
5/15/2004

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Industrial Development Bank of Israel, Ltd. | A | Dividend | J | T | | | | | |
| 2. Fidelity Investment Acct #1 | | | | | | | | | |
| 3. -First OB Bancshares | A | Dividend | | | Transfer | 4/21 | K | | to Fidelity Inv Acct #2 |
| 4. -Illinois State Bonds | | None | | | Transfer | 4/21 | L | | to Fidelity Inv Acct #2 |
| 5. -Fidelity Municipal MMF | A | Dividend | J | T | | | | | |
| 6. -Minneapolis St.Paul Minn Met Arpts Bds | C | Interest | | | Transfer | 4/21 | M | | to Fidelity Inv Acct #2 |
| 7. -Minnesota St Hsg Fin Agy Single Fam Mtg Bds | B | Interest | | | Redemption | 1/06 | J | A | |
| 8. | | | | | Transfer | 4/21 | K | | to Fidelity Inv Acct #2 |
| 9. -Wisconsin St Health & Edl Facs Auth Rev Bds | B | Interest | | | Transfer | 4/21 | K | | to Fidelity Inv Acct #2 |
| 10. -Brazos River Auth Tex Rev Ref Bds | | None | | | Transfer | 4/21 | L | | To Fidelity Inv Acct #2 |
| 11. -Harbor Bond | A | Dividend | | | Sell | 4/07 | K | A | |
| 12. -Fidelity Inflation Protected Bond | A | Dividend | | | Tranfer | 4/21 | K | | to Fidelity Inv Acct #2 |
| 13. -Illinois Sports Facility Revenue Bonds | A | Interest | | | Sell | 1/16 | K | | |
| 14. -Philip Morris Co (now Altria Group Inc.) | A | Dividend | | | Sell | 4/03 | J | | |
| 15. -Pimco Municipal Income Fund | A | Interest | | | Part Sell | 4/07 | J | | |
| 16. | | | | | Sell | 4/10 | J | | |
| 17. -XM Satellite Radio Class A | | None | | | Transfer | 4/21 | K | | to Fidelity Inv Acct #2 |
| 18. -Chicago IL Midway Airport Revenue Bonds | B | Interest | | | Transfer | 4/21 | K | | to Fidelity Inv Acct #2 |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19 | Easton PA Area School Bonds | A | Interest | | | Transfer | 4/21 | K | | to Fidelity Inv Acct #2 |
| 20 | Fidelity High Income | A | Dividend | | | Buy | 3/29 | K | | |
| 21 | | | | | | Buy | 4/07 | K | | |
| 22 | | | | | | Transfer | 4/21 | L | | to Fidelity Inv Acct #2 |
| 23 | Pioneer High Yield Cl B | | None | | | Buy | 4/07 | K | | |
| 24 | | | | | | Transfer | 4/21 | K | | to Fidelity Inv Acct #2 |
| 25 | Spartan 500 | | None | | | Buy | 3/24 | K | | |
| 26 | | | | | | Transfer | 4/21 | K | | to Fidelity Inv Acct #2 |
| 27 | Fidelity Low Priced Stock | | None | | | Buy | 3/24 | K | | |
| 28 | | | | | | Transfer | 4/21 | K | | to Fidelity Inv Acct #2 |
| 29 | Merrill Lynch IRA Acct #1 | A | Interest | J | T | | | | | |
| 30 | ML Retirement Reserves | | | | | | | | | |
| 31 | ML Bank USA Res | | | | | | | | | |
| 32 | Merrill Lynch S&P 500 | | | | | Sold* | CY 00 | J | A | *inadvertently omitted |
| 33 | Eaton Vance | | | | | Buy | 9/30 | J | | |
| 34 | Merrill Lynch IRA Acct #2 | A | Interest | K | T | | | | | |
| 35 | ML Retirement Reserves | | | | | | | | | |
| 36 | Merrill Lynch S&P 500 | | | | | Sold* | CY00 | J | A | *inadvertently omitted |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Royner, Tiana D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37 | -Citigroup Preferred Stock | | | | | Sell | 4/08 | J | A | |
| 38 | -Advent Claymore | | | | | Buy | 5/02 | J | | |
| 39 | Investment Club | C | Dividend | M | T | | | | |
| 40 | | A | Interest | | | | | | |
| 41 | -General Electric Common Stock | | | | | | | | |
| 42 | -Pfizer Inc. Common Stock | | | | | Sell | 8/27 | J | D | |
| 43 | | | | | | Buy | 11/26 | J | | |
| 44 | -Royal Dutch Petroleum Common Stock | | | | | | | | |
| 45 | -Walgreen Co. Common Stock | | | | | Sell | 6/25 | J | C | |
| 46 | -Cisco Systems Common Stock | | | | | | | | |
| 47 | -Grainger WW Inc CS | | | | | Sell | 1/29 | J | A | |
| 48 | -Amgen Inc. CS | | | | | | | | |
| 49 | -Tyco Intl Ltd New CS | | | | | | | | |
| 50 | -EMC Corp CS | | | | | Sell | 11/26 | J | | |
| 51 | -Northern Trust Corp. Common Stock | | | | | | | | |
| 52 | -Bank One Acct | | | | | | | | |
| 53 | -One Group Prime MMF | | | | | | | | |
| 54 | -Texas Instruments | | | | | Sell | 6/25 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2) U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Western Wireless | | | | | Sell | 9/25 | J | | |
| 56. -Corel Corp. CS | | | | | Sell | 1/29 | J | | |
| 57. -Kemet | | | | | | | | | |
| 58. -ConocoPhillips | | | | | | | | | |
| 59. -Chevron Texaco Corp. | | | | | | | | | |
| 60. -Kimco Realty Corp | | | | | Sell | 6/25 | J | B | |
| 61. -Devon Energy Corp. | | | | | | | | | |
| 62. -Krispy Kreme Doughnuts Inc. | | | | | Sell | 1/29 | J | | |
| 63. -Best Buy Inc. | | | | | | | | | |
| 64. -Canadian Natural Resources Ltd. | | | | | Sell | 7/31 | J | B | |
| 65. -Newmont Mining Corp. | | | | | Sell | 3/26 | J | | |
| 66. -Boeing Co. CS | | | | | Sell | 6/25 | J | A | |
| 67. -Microsoft Corp. | | | | | Buy | 3/26 | J | | |
| 68. -Oak Technology Inc. | | | | | Buy | 5/02 | J | | |
| 69. | | | | | Sell | 6/25 | J | B | |
| 70. -Charter One Finl Inc. | | | | | Buy | 5/02 | J | | |
| 71. | | | | | Buy | 11/26 | J | | |
| 72. -United Healthgroup Inc. | | | | | Buy | 5/02 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Revner, Jane D. | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | | | | | Sell | 6/25 | J | B | |
| 74. Alltel Corp. | | | | | Buy | 6/25 | J | | |
| 75. Aetna Inc. | | | | | Buy | 8/27 | J | | |
| 76. Washington Mutual Inc. | | | | | Buy | 9/25 | J | | |
| 77. OMI Corp. | | | | | Buy | 10/28 | J | | |
| 78. Macromedia Inc. | | | | | Buy | 10/29 | J | | |
| 79. Northfork Bancorp | | | | | Buy | 10/29 | J | | |
| 80. Lear Corp. | | | | | Buy | 11/26 | J | | |
| 81. Fidelity IRA Acct #1 | A | Dividend | J | T | | | | | |
| 82. Fidelity Select Electronics | | | | | Buy | 12/02 | J | | |
| 83. Fidelity IRA Acct #2 | A | Dividend | K | T | | | | | |
| 84. Fidelity Cash Reserves | | | | | Exchange | 5/02 | | | for Fid Infl Prot Bond (FINPX) |
| 85. Fidelity Inflation Protected Bond (FINPX) | | | | | Exchange | 5/05 | J | | for Fid Hi Income |
| 86. Fidelity High Income (SPHIX) | | | | | Exchange | 6/02 | J | | for Fid Low Pr Stock (FLPSX) |
| 87. Fidelity Low Priced Stock (FLPSX) | | | | | Exchange | 9/04 | | | for Fid Select Tech (FSPTX) |
| 88. Fidelity Select Technology (FSPTX) | | | | | Exchange | 9/25 | | | for Fid Japan Sm Cos |
| 89. Fidelity Japan Smaller Cos (FJSCX) | | | | | Exchange | 11/20 | J | | for Fid Cap & Inc (FAGIX) |
| 90. Fidelity Cap & Income (FAGIX) | | | | | Exchange | 11/28 | J | | for Spartan 500 Index (FSMKX) |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimation

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. -Spartan 500 Index (FSMKX) | | | | | Acquired | 11/28 | J | | by exchange on previous line |
| 92. Vanguard IRA Acct #1 | A | Dividend | J | T | | | | | |
| 93. -VMMR Federal Portfolio | | | | | | | | | |
| 94. Amalgamated Bank Acct. | | None | J | T | | | | | |
| 95. Fidelity IRA #3 | A | Dividend | J | T | | | | | |
| 96. -Fidelity Cash Reserves | | | | | | | | | |
| 97. -Fidelity Low Priced Stock | | | | | Buy | 6/09 | J | | |
| 98. Vanguard IRA Acct #2 | A | Dividend | J | T | | | | | |
| 99. -VSP Energy | | | | | | | | | |
| 100. State of Israel Bonds | A | Interest | J | T | | | | | |
| 101. Bank One Acct. | A | Interest | J | T | | | | | |
| 102. Retirement Acct. | A | Interest | J | T | | | | | |
| 103. -Teachers Ins & Ann. Assn | | | | | | | | | |
| 104. -Coll Rtrmt Equ Fd | | | | | | | | | |
| 105. Merrill Lynch Brokerage Acct #1 | | | | | | | | | |
| 106. -Ready Asset Trust | A | Dividend | | | Transfer to | 5/05 | K | | Merrill Lynch Br Acct #2 |
| 107. Ford Motor Co.New CS | A | Dividend | | | Transfer to | 5/05 | K | | Merrill Lynch Br Acct #2 |
| 108. Debt Strategy Fund Inc | A | Dividend | | | Transfer to | 5/05 | J | | Merrill Lynch Br Acct #2 |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. -Muniholdings Insd Fd Inc | A | Dividend | | | Transfer to | 5/05 | K | | Merrill Lynch Br Acct #2 |
| 110. -Pfizer Inc Del PVS0.05 | A | Dividend | | | Transfer to | 5/05 | J | | Merrill Lynch Br Acct #2 |
| 111. -Citigroup | A | Dividend | | | Transfer to | 5/05 | J | | Merrill Lynch Br Acct #2 |
| 112. -Charter Communications Inc. | | None | | | | | | | |
| 113. -Pimco | A | Dividend | | | Buy | var | J | | |
| 114. | | | | | Transfer to | 5/05 | J | | Merrill Lynch Br Acct #2 |
| 115. -Hancock John Pfd Equity Income Fund SB1 | | None | | | Sell | 1/15 | L | | |
| 116. -ING Principal Protection Fund II Cl B | | None | | | Transfer to | 5/05 | L | | Merrill Lynch Br Acct #2 |
| 117. -Visteon (X) (below reporting requirement last year) | A | Dividend | | | Transfer to | 5/05 | J | | Merrill Lynch Br Acct #2 |
| 118. -Travelers Ppty Cas Crp (X) (below reporting requirement) | A | Dividend | | | Transfer to | 5/05 | J | | Merrill Lynch Br Acct #2 |
| 119. -F&C Claymore Pfd Secs Inc Fd | A | Dividend | | | Buy | 1/28 | L | | |
| 120. | | | | | Buy | 4/22 | J | | |
| 121. | | | | | Transfer to | 5/05 | L | | Merrill Lynch Br Acct #2 |
| 122. Salomon Smith Barney Brokerage Acct | | | | | | | | | |
| 123. -SBMF Govt Portfolio Cl A | A | Dividend | J | T | | | | | |
| 124. Schwab IRA Acct | E | Dividend | O | T | | | | | |
| 125. | E | Distribution | | | | | | | |
| 126. -Amalgamated Investments Co Common Stock | | | | | Sell | 10/28 | L | E | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-37 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. -Cash and Sweep MF | | | | | | | | | |
| 128. -American Century Target 2015 Fd | | | | | Buy | 12/19 | J | | |
| 129. -Prologis Trust Reit | | | | | | | | | |
| 130. -United Tech Corp CS | | | | | | | | | |
| 131. -Alliance Res Ptnrs LP | | | | | | | | | |
| 132. -Royal Dutch | | | | | Sell part | 6/10 | J | | |
| 133. -Vanguard High Yield Corp Fd | | | | | Sell | 4/07 | J | | |
| 134. -Harbor Bond Fund | | | | | Sell | 7/21 | K | A | |
| 135. -Vanguard Inflation Protected | | | | | Buy | 13/28 | J | | |
| 136. | | | | | Sell | 4/07 | L | | |
| 137. -General Electric | | | | | Sell part | 1/31 | J | | |
| 138. | | | | | Sell | 2/10 | J | | |
| 139. -Philip Morris (now Altria Group Inc.) | | | | | Sell | 4/09 | J | | |
| 140. -XM Satellite Radio | | | | | | | | | |
| 141. -Tocqueville Gold Fund | | | | | Buy | 1/23 | J | | |
| 142. | | | | | Sell | 3/24 | J | | |
| 143. | | | | | Buy | 11/17 | K | | |
| 144. | | | | | Buy | 12/18 | J | | |

1. Income Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rovner, Ilana D. | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. -Aetna Inc New | | | | | Buy | 8/15 | K | | |
| 146. -Allegheny Energy Inc | | | | | Buy | 1/07 | K | | |
| 147. | | | | | Part sell | 1/13 | J | B | |
| 148. -Alpine U.S. Real Est Eq Fd. | | | | | Buy | 11/26 | K | | |
| 149. | | | | | Buy | 12/23 | J | | |
| 150. -Cardinal Health Inc | | | | | Buy | 9/20 | K | | |
| 151. -Envoy Commun.Grp.Inc.F | | | | | Buy | 12/14 | J | | |
| 152. -Fidelity Cap and Inc Fd | | | | | Buy | 4/08 | L | | |
| 153. | | | | | Buy | Var. | J | | |
| 154. | | | | | Sell part | 7/17 | K | C | |
| 155. | | | | | Sell part | 8/19 | J | A | |
| 156. -Fidelity Select Electr | | | | | Buy | 11/10 | K | | |
| 157. -Firsthand Tech Ldrs Fd | | | | | Buy | 8/14 | K | | |
| 158. | | | | | Sell | 9/23 | K | C | |
| 159. | | | | | Buy | 10/22 | K | | |
| 160. -Flaherty & Crumrine Clay Pfd Sec Inc | | | | | Buy | 5/19 | J | | |
| 161. | | | | | Buy | 12/31 | J | | |
| 162. -Japan Fund Class S | | | | | Buy | 9/24 | K | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,000-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royner, Ilana D. | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163  -Krinklike Ahold New ADRF | | | | | Buy | 5/13 | J | | |
| 164  -Loomis Sayles Bd Cl 1 | | | | | Buy | 7/10 | J | | |
| 165  -Provident Energy Tr | | | | | Buy | 7/22 | K | | |
| 166  -Rite Aid Corp. | | | | | Buy | 5/07 | J | | |
| 167  -RS Ptnrs Fd | | | | | Buy | 10/22 | K | | |
| 168. | | | | | Buy | 12/11 | J | | |
| 169.  -Sirius Satellite Radio | | | | | Buy | 5/08 | J | | |
| 170.  -True Religion Apparel | | | | | Buy | 9/23 | J | | |
| 171.  -Vanguard 500 Index Fd | | | | | Buy | 3/24 | J | | |
| 172. | | | | | Buy | 3/25 | J | | |
| 173. | | | | | Buy | 4/29 | K | | |
| 174. | | | | | Sell part | 9/25 | K | B | |
| 175. | | | | | Sell | 9/29 | K | B | |
| 176.  -Vanguard Cap Oppty Fd | | | | | Buy | 3/24 | K | | |
| 177. | | | | | Buy | 5/14 | K | | |
| 178. | | | | | Sell part | 9/25 | K | D | |
| 179. | | | | | Sell | 9/29 | K | C | |
| 180. | | | | | Buy | 10/22 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. -Alltel Corp | | | | | Buy | 4/24 | K | | |
| 182. | | | | | Sell | 6/09 | K | A | |
| 183. -Buffalo Sm Cap Fd | | | | | Buy | 5/05 | K | | |
| 184. | | | | | Buy | 7/18 | K | | ~$50.00 |
| 185. | | | | | Sell | 9/29 | L | D | |
| 186. -Cohen & Steers | | | | | Buy | 5/07 | K | | |
| 187. | | | | | Sell | 6/09 | K | A | |
| 188. -Fidelity High Inc Fd | | | | | Buy | 4/07 | K | | |
| 189. | | | | | Sell | 7/17 | K | B | |
| 190. -Firsthand Technology Value Fd | | | | | Buy | 8/14 | K | | |
| 191. | | | | | Sell | 9/23 | K | C | |
| 192. | | | | | Buy | 11/04 | K | | |
| 193. | | | | | Sell | 11/17 | K | | |
| 194. -Pengrowth Energy Trust F | | | | | Buy | 6/09 | K | | |
| 195. | | | | | Sell part | 7/11 | K | | |
| 196. | | | | | Sell | 7/21 | J | | |
| 197. -Schwab One Account | | | | | | | | | |
| 198. -Schwab Tax Exempt MMF | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. — Altria Group Inc (X) | A | Dividend | | | Sell | 3/21 | J | | |
| 200. — Vanguard 500 Index Fund | A | Dividend | J | T | Buy | 4/04 | J | | |
| 201. — Kninklijke Ahold New | B | Dividend | J | T | Buy | 5/13 | J | | |
| 202. — Provident Energy Trust | A | Dividend | | | Buy | 7/22 | J | | |
| 203. | | | | | Sell | 9/22 | J | | |
| 204. Retirement (Fidelity) | B | Dividend | N | T | | | | | |
| 205. Trust | D | Interest | P1 | T | | | | | |
| 206. | D | Dividend | | | | | | | |
| 207. | A | Distribution | | | | | | | |
| 208. | B | Royalty | | | | | | | |
| 209. — Wachovia (formerly Prudential) Securities Brokerage Account | | | | | | | | | |
| 210. — Harrah's Entertainment Inc. Common Stock | | | | | | | | | |
| 211. — Plum Creek Timber Co. | | | | | | | | | |
| 212. — Grand Metropolitan Delaware | | | | | | | | | |
| 213. — Pacific Gas & Electric Corporate Bonds | | | | | | | | | |
| 214. — US Treasury Notes 2/15/2003 | | | | | Redeemed | 2/18 | K | A | |
| 215. — Tennessee Valley Authority Govt Bd 7/15/2043 | | | | | Redeemed | 7/16 | K | B | |
| 216. — Franklin Custodian Funds Inc US Govt Secs | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. —Command Money Fund | | | | | | | | | |
| 218. —Lucent Technologies Common Stock | | | | | | | | | |
| 219. —AT&T Corp. Common Stock | | | | | | | | | |
| 220. —Intel Corp. Common Stock | | | | | | | | | |
| 221. —Marriott Intl. Inc. Common Stock | | | | | | | | | |
| 222. —Cadbury Schweppes Delaware LP | | | | | | | | | |
| 223. —Ball St Univ Rev Bds | | | | | | | | | |
| 224. —Chicago IL Wastewater Tr Rev Bds | | | | | | | | | |
| 225. —Clermont Cnty OH Swr Sys Rev Bds | | | | | Redeemed | 12/01 | K | A | |
| 226. —Cook Cnty IL general revenue bonds | | | | | | | | | |
| 227. —Detroit MI City Schl Bds | | | | | | | | | |
| 228. —JacksonCnty MI Wastewater Disp Bds | | | | | | | | | |
| 229. —Meridian MI Publ Schl Bds | | | | | | | | | |
| 230. —South Redford MI Sch Bds | | | | | | | | | |
| 231. —Wisconsin St Transn Bds | | | | | | | | | |
| 232. —Avaya Inc. | | | | | | | | | |
| 233. —Hugoton | | | | | | | | | |
| 234. —Prologis | | | | | Redeemed | 12/01 | J | B | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. ---Allen County, IN comm bonds | | | | | | | | | |
| 236. ---Kent County, MI rev bonds | | | | | | | | | |
| 237. ---Bekling, MI school bonds | | | | | | | | | |
| 238. ---Zeeland, MI school bonds | | | | | | | | | |
| 239. ---Grand Haven, MI rev bonds | | | | | Redeemed | 7/01 | K | | |
| 240. ---Chicago O'Hare rev bds | | | | | | | | | |
| 241. ---Agere System Inc. (x) | | | | | | | | | |
| 242. ---Alabama Power | | | | | Buy | 9/25 | K | | |
| 243. ---Bear Stearns | | | | | Buy | 9/25 | K | | |
| 244. ---Citigroup Inc Pfd | | | | | Buy | 9/25 | K | | |
| 245. ---FNMA Pfd | | | | | Buy | 9/25 | K | | |
| 246. ---General Motors | | | | | Buy | 9/25 | J | | |
| 247. ---Pengrowth | | | | | Buy | 6/09 | K | | |
| 248. | | | | | Sell part | 7/10 | J | | |
| 249. ---Pimco | | | | | Buy | 7/10 | K | | |
| 250. ---Pioneer Muni High Inc Tr | | | | | Buy | 7/17 | K | | |
| 251. -State of Israel Bonds | | | | | | | | | |
| 252. Fidelity Investment Acct #2 | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,000-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

FINANCIAL DISCLOSURE REPORT
Page 15 of 19

Name of Person Reporting
Rovner, Ilana D.

Date of Report
5/15/2004

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 253. Aetna US Healthcare Inc Com | A | Dividend | K | T | Buy | 8/20 | K | | |
| 254. | | | | | Sell part | 8/25 | K | | |
| 255. Bank of America Corp | A | Dividend | L | T | Buy | 10/27 | E | | |
| 256. Envoy Communications Group Inc | | None | J | T | Buy | 12/09 | J | | |
| 257. First Oak Brook Bancshares Inc Cl A | A | Dividend | K | T | Transfer | 4/21 | K | | from Fidelity Inv Acct #1 |
| 258. Mohawk Inds Inc | | None | K | T | Buy | 12/09 | K | | |
| 259. Newmont Mng Corp Hldg Co | | None | K | T | Buy | 12/16 | K | | |
| 260. Fidelity Capital & Income | A | Dividend | | | Buy | Var. | K | | |
| 261. | | | | | Sell | 8/12 | K | A | |
| 262. Fidelity High Income | A | Dividend | | | Transfer | 4/21 | L | | from Fidelity Inv Acct #1 |
| 263. | | | | | Sell part | 6/09 | K | B | |
| 264. | | | | | Sell | 7/29 | K | B | |
| 265. Fidelity Inflation Protected Bd | A | Dividend | | | Transfer | 4/21 | K | | From Fidelity Inv Acct #1 |
| 266. | | | | | Sell | 5/05 | K | B | |
| 267. Pioneer High Yield Cl B | A | Dividend | | | Transfer | 4/21 | K | | From Fidelity Inv Acct #1 |
| 268. | B | Distribution | | | Sell | 9/25 | K | B | |
| 269. RS Partners | A | Dividend | K | T | Sell part | 12/11 | J | | |
| 270. | B | Distribution | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

FINAL FINANCIAL DISCLOSURE REPORT
Page 19 of 19

Name of Person Reporting:
Reyner, Hana D

Date:
5/15/2014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 271. -Tocqueville Gold Fund | A | Dividend | K | T | | | | | |
| 272. | B | Distribution | | | | | | | |
| 273. -Diageo PLC ISIN ███████ | A | Dividend | | | Buy | 8/20 | K | | |
| 274. | | | | | Sell | 9/23 | K | A | |
| 275. -Fidelity Japan Smaller Companies | A | Dividend | K | T | | | | | |
| 276. -Spartan 500 Index | A | Dividend | | | Transfer | 4/21 | K | | From Fidelity Inv Acct #1 |
| 277. | | | | | Buy | 4/25 | J | | |
| 278. | | | | | Sell part | 5/16 | J | A | |
| 279. | | | | | Sell | 9/29 | K | C | |
| 280. | | | | | Buy | 12/01 | K | | |
| 281. -Fidelity Low Priced Stock | A | Dividend | | | Transfer | 4/21 | K | | From Fidelity Inv Acct #1 |
| 282. | | | | | Sell | 9/29 | K | F | |
| 283. -Buffalo Small Cap Growth | A | Distribution | K | T | Buy | 5/05 | J | | |
| 284. | | | | | Buy | 7/10 | J | | |
| 285. | | | | | Buy | 10/22 | J | | |
| 286. -Pengrowth Energy Tr | | None | | | Buy | Var. | K | | |
| 287. | | | | | Buy | 6/13 | J | | |
| 288. | | | | | Sell part | 7/14 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | | | | | Sell | 9/23 | J | | |
| 290. –Provident Energy Tr | B | Royalty | K | T | Buy | 7/22 | K | | |
| 291. | A | Dividend | | | Sell | 8/20 | K | | |
| 292. –Brazos River Auth Tex Rev Ref Bds | B | Interest | | | Transfer | 4/21 | L | | from Fidelity Inv Acct #1 |
| 293. | | | | | Sell | 8/07 | K | | |
| 294. –Chicago Ill Midway Arpt Rev Rev Bds | B | Interest | | | Transfer | 4/21 | K | | from Fidelity Inv Acct #1 |
| 295. | | | | | Sell | 8/07 | K | A | |
| 296. –Easton PA Area Jt Sch Auth Sch Rev Bds | A | Interest | K | T | Transfer | 4/21 | K | | from Fidelity Inv Acct #1 |
| 297. –Minneapolis & St Paul Min Met Arpts | C | Interest | | | Transfer | 4/21 | M | | from Fidelity Inv Acct #1 |
| 298. | | | | | Sell | 8/07 | M | D | |
| 299. –Minnesota St Hsg Fin Agy Single Fam Mtg | B | Interest | K | T | Transfer | 4/21 | K | | From Fidelity Inv Acct #1 |
| 300. | | | | | Redeemed | 7/01 | J | A | |
| 301. | | | | | Redeemed | 11/24 | J | A | |
| 302. –Wisconsin St Health & Edl Facs Auth Rev | B | Interest | K | T | Transfer | 4/21 | L | | from Fidelity Inv Acct #1 |
| 303. –Conagra Foods Inc | | None | | | Buy | 8/21 | K | | |
| 304. | | | | | Sell | 9/23 | K | | |
| 305. –Firsthand Technology Value | | None | | | Buy | 9/10 | J | | |
| 306. | | | | | Sell | 9/23 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rovner, Ilana D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Ryland Group | | None | K | T | Buy | 12/09 | K | | |
| 308. -XM Satellite Radio | | None | K | T | Transfer | 4/21 | K | | from Fidelity Inv Acct #1 |
| 309. -IL State Bonds | | None | L | T | Transfer | 4/21 | L | | from Fidelity Inv Acct #1 |
| 310. -Fidelity Select Electronics | | None | K | T | Buy | 11/06 | J | | |
| 311. -Firsthand Technology Leaders | | None | K | T | Buy | 11/04 | K | | |
| 312. -The Contrarian Value Fd | | None | K | T | Buy | 12/01 | K | | |
| 313. Merrill Lynch Brokerage Acct #2 | | | | | | | | | |
| 314. -F&C Claymore Pfd Secs Inc Fd | A | Dividend | J | T | Transfer | 5/05 | L | | from M-L Brok Acct #1 |
| 315. | | | | | Sell | 5/19 | L | | |
| 316. -Citigroup Inc | A | Dividend | J | T | Transfer | 5/05 | J | | from M-L Brok Acct #1 |
| 317. -Ford Motor Co New | A | Dividend | K | T | Transfer | 5/05 | K | | from M-L Brok Acct #1 |
| 318. -Pimco Corp Inc Fd | A | Dividend | J | T | Transfer | 5/05 | J | | from M-L Brok Acct #1 |
| 319. -Debt Strategy Fund | A | Dividend | | T | Transfer | 5/05 | J | | from M-L Brok Acct #1 |
| 320. -Eaton Vance Ltd Dur Inc Fd | C | Dividend | L | T | Buy | 5/28 | L | | |
| 321. -Pfizer Inc Del PVS0.05 | A | Dividend | J | T | Transfer | 5/05 | J | | from M-L Brok Acct #1 |
| 322. -Travelers Ppty Cas Crp | A | Dividend | J | T | Transfer | 5/05 | J | | from M-L Brok Acct #1 |
| 323. -Visteon Corp Delaware | A | Dividend | J | T | Transfer | 5/05 | J | | from M-L Brok Acct #1 |
| 324. -ING Principal Protection Fd | A | Dividend | L | T | Transfer | 5/05 | L | | from M-L Brok Acct #1 |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 325. | ML Ready Asset Trust | A | Dividend | K | T | Transfer | 5/05 | K | | from M-L Brok Acct # 1 |
| 326. | Muniholdings Insd Fd Inc | B | Dividend | K | T | Transfer | 5/05 | K | | from M-L Brok Acct # 1 |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part V. ~~███████████████████████████████~~ Regular dues are currently $198 per month. Judges pay dues of $55 per month, and pay for meals and services on the same basis as members.

Part VII, line 39. The Investment Club consists of 20 members. The values given in this report are aggregate values for the entire club, as required by the instructions.

spouse and minor

belief,                                    information

non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu                                                   Date: May 18, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544